UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts Southern District of Texas
FILED
*March 29, 2023*
Nathan Ochsner, Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA § § § v. § § DAMARCUS JONES § § Defendant § § | CRIMINAL NO. **4:23cr134** JUDGE |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### INTRODUCTION

At all times material to this Indictment, SLIM'S SMOKE SHOP, is an Houston, Texas based company engaged in the business of purchase and sales of goods which are shipped in interstate commerce and which affect interstate commerce.

### COUNT ONE

Title 18, United States Code, §§ 1951(a) -Interference with Commerce by Robbery

On or about January 1, 2023, in the Houston Division of the Southern District of Texas,

DAMARCUS JONES

defendant herein, did knowingly and intentionally obstruct, delay, and affect interstate commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, §§ 1951(b)(1) and (b)(3), in that the defendant did unlawfully take and obtain the property of SLIM'S SMOKE SHOP, located at 7103 Langley Road, Houston, Texas, which was in the possession and custody of an employee of SLIM'S SMOKE SHOP, namely, United States currency and cigarettes, by means of actual and threatened force, violence, and fear of injury to those in lawful possession of those items.

In violation of Title 18, United States Code, §§ 1951(a).

## COUNT TWO

### Title 18, United States Code, §§ 924(c)(1)(A)(iii): - Discharge of a Firearm During and in Relation to a Crime of Violence

On or about January 1, 2023, in the Houston Division of the Southern District of Texas,

DAMARCUS JONES

defendant herein, did knowingly discharge, a firearm, namely, a handgun, during and in relationship to a crime of violence for which they may be prosecuted in a court of the United States, that

being Interference with Commerce by Robbery, as alleged in Count One.

In violation of Title 18, United States Code, §§ 924(c)(1)(A)(iii), (3)(A).

A TRUE BILL:

Original Signature on File
FOREMAN OF THE GRAND JURY

ALAMDAR S. HAMDANI
United States Attorney

BY: *Jill Jenkins Stotts*
Jill Jenkins Stotts
Assistant United States Attorney